IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

```
MIDWESTERN ELECTRIC, INC.,     )
an Indiana for-profit          )
domestic corporation, in       )
its own right and as assignee  )
of certain rights of the       )
Indianapolis Power & Light     )
Company,                       )
                               )
     Plaintiff,                )
                               )
          v.                   )     No. 2:06-CV-287
                               )
THE HANOVER INSURANCE          )
COMPANY, SECURA INSURANCE,     )
and ST. PAUL FIRE AND MARINE   )
INSURANCE CO.,                 )
                               )
     Defendants.               )
```

**OPINION AND ORDER**

This matter is before the Court on the Revised Joint Motion to Dismiss Pursuant to Settlement With Leave to Reinstate filed by Plaintiff on July 24, 2007 (D.E. # 26). In this motion, Midwestern Electric Inc., The Hanover Insurance Company and St. Paul Fire and Marine Insurance Co. request this Court to dismiss all remaining claims without prejudice. The parties further request withdrawal of the Joint Motion to Dismiss Pursuant to Settlement with Leave to Reinstate filed by Plaintiff on July 18, 2007 (D.E. # 25). Upon due consideration, the Revised Joint Motion to Dismiss Pursuant to Settlement With Leave to Reinstate (D.E. # 26) is **GRANTED** and the

Joint Motion to Dismiss Pursuant to Settlement with Leave to Reinstate (D.E. # 25) is hereby **WITHDRAWN and DENIED AS MOOT.** As the Court is now informed that the parties have reached a settlement, the settlement conference set for Thursday July 28, 2007, at 1:00 p.m. is no longer necessary and hereby **VACATED**. The Clerk is **ORDERED to DISMISS** all remaining claims **WITHOUT PREJUDICE.**


**DATED: July 25, 2007**          /s/ RUDY LOZANO, Judge
                                  **United States District Court**